IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MARTIN GONZALES,

        Petitioner,

  vs.                                                                          No. CIV 09-590 JH/LFG

GEORGE TAPIA, Warden, and
GARY K. KING, Attorney General
for the State of New Mexico,

        Respondents.

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDED DISPOSITION,
DENYING PETITIONER'S "MOTION FOR DECISION"
AND DISMISSING ACTION WITH PREJUDICE**

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition [Doc. 14], filed August 11, 2009.  Petitioner did not file objections and the deadline for filing objections has passed.  The Court accepts the Findings and Recommended Disposition.

IT IS HEREBY ORDERED that the Magistrate Judge's Findings and Recommended Disposition are adopted by the Court.

IT IS FURTHER ORDERED that Petitioner's "Motion for Decision on Whether or Not to Dismiss Petition Voluntarily [Doc. 12] be denied as not constituting a proper motion.

IT IS FURTHER ORDERED that the Petition is denied and this action is hereby dismissed with prejudice.

                                                                                       UNITED STATES DISTRICT JUDGE